

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PAUL LEONARD and JULIE LEONARD     PLAINTIFFS

V.     CIVIL ACTION NO. 1:05cv00475-LTS-JMR

NATIONWIDE MUTUAL INSURANCE
COMPANY, JAY FLETCHER INSURANCE,
and JOHN DOES 1-10     DEFENDANTS

### AGREED ORDER DISMISSING DEFENDANT
### JAY FLETCHER INSURANCE, INC., WITH PRJUDICE

This cause is before the Court on Plaintiffs' Motion to Dismiss Defendant Jay Fletcher Insurance, Inc., seeking to have this Court dismiss Jay Fletcher Insurance, Inc., as a Defendant to this action. At the status conference conducted with the Court on December 19, 2005, all parties agreed that the dismissal of Jay Fletcher Insurance, Inc. should be with prejudice. Accordingly,

IT IS THEREFORE ORDERED that all claims asserted against Defendant Jay Fletcher Insurance, Inc., shall be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that Defendant Jay Fletcher is hereby dismissed with prejudice as a defendant to this suit.

SO ORDERED, this the 19th day of January, 2006.

_____
UNITED STATE DISTRICT JUDGE

RECEIVED
JAN 18 2006
L.T. SENTER, JR.
SENIOR U.S. DISTRICT JUDGE

1809810.1/09446.23328

Approved by:

*/s/ John G. Jones*

John G. Jones, Esq.
Jones Funderburg & Sessums
901 N. State Street
Post Office Box 13960
Jackson, MS  39286-3960
johnjones@jfslawfirm.com
Counsel for Plaintiffs

*/s/ Laura L. Gibbes*

Laura L. Gibbes (MSB No. 8905)
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street (39202)
Post Office Box 427
Jackson, MS  39205
Telephone: (601) 949-4840
Facsimile: (601) 949-4804
lgibbes@watkinsludlam.com
Counsel for Defendants

1809810.1/09446.23328