**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**PAUL LEONARD AND JULIE LEONARD**                                   **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO. 1:05CV475 LTS-RHW**

**NATIONWIDE MUTUAL INSURANCE COMPANY**                 **DEFENDANT**

### ORDER SUSTAINING IN PART AND OVERRULING IN PART MOTION IN LIMINE CONCERNING NATIONWIDE'S "HURRICANE COVERAGE AND DEDUCTIBLE PROVISION ENDORSEMENT" and NATIONWIDE'S NOTICE OF "INCREASED WIND/HAIL DEDUCTIBLE"

The Court has before it Nationwide's motion in limine to exclude from evidence two documents: the 2005 "Hurricane Coverage and Deductible Provision Endorsement" and the 1999 notice of Nationwide's "Increased Wind/Hail Deductible." Both of these documents were prepared by Nationwide and sent to policyholders, including the plaintiffs.

When the plaintiffs received the 1999 notice, they opted to pay a higher insurance premium in order to keep their deductible for wind damage at its then current level of $500, rather than increasing their deductible to 2% of the covered loss at their then current premium. Because this notice had an effect on the price plaintiffs paid for their Nationwide coverage, I do not believe it should be excluded from the record in this case.

The 2005 "Hurricane Coverage and Deductible Provision Endorsement" was not a part of the plaintiffs' Nationwide policy. The 1999 "Increased Wind/Hail Deductible" did affect the plaintiffs' deductible. Plaintiffs contend that the terms of the "Increased Wind/Hail Deductible" endorsement shed some light on Nationwide's interpretation of the terms of the plaintiffs' policy. I believe the plaintiffs are entitled to make their argument on this point at trial, and, without expressing any opinion on the merits of the argument, I am unwilling to exclude this document from the evidence plaintiffs may wish to offer in support of their argument.

Accordingly, I will **OVERRULE** the motion in limine concerning the 1991 "Increased Wind/Hail Deductible" endorsement, and I will **SUSTAIN** the motion in limine concerning the 2005 "Hurricane Coverage and Deductible Provision Endorsement."[115].

**SO ORDERED** this 27th day of June, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge