**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**PAUL LEONARD AND JULIE LEONARD**                                   **PLAINTIFFS**

**V.**                                         **CIVIL ACTION NO. 1:05CV475 LTS-RHW**

**NATIONWIDE MUTUAL INSURANCE COMPANY**                          **DEFENDANT**


**ORDER**

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That Plaintiffs Paul and Julie Leonard's Motion for Judgment as a Matter of Law or, Alternatively, To Amend Findings of Fact and Conclusions of Law, or For a New Trial [176] is hereby **DENIED**, and

That the motion of Nationwide Insurance Company to Stay Execution of the Judgment [175] entered in this action pending the outcome of any appeal will be **GRANTED** upon Nationwide's payment of the amount of the judgment into the registry of the Court.

**SIGNED** this 24th day of October, 2006.


s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge