SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
OCT 19 2007
J. T NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-61130

U.S. COURT OF APPEALS
**FILED**
OCT 17 2007
CHARLES R. FULBRUGE III
CLERK

PAUL LEONARD; JULIE LEONARD

    Plaintiffs - Appellees

v.

NATIONWIDE MUTUAL INSURANCE CO

    Defendant - Appellant

---

Appeal from the United States District Court for the
Southern District of Mississippi, Gulfport

---

O R D E R:

( X )  The Appellees''s motion for ( ✓ ) stay ( ) recall and stay of the mandate pending petition for writ of certiorari is DENIED.

(   )  The Appellees''s motion for ( ) stay ( ) recall and stay of the mandate pending petition for writ of certiorari is GRANTED through _____.

                          /s/ Edith H. Jones
                          EDITH H. JONES
               UNITED STATES CIRCUIT JUDGE

MDT-4

A true copy
Attest
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana   OCT 18 2007